UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LONG, et. al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF PITTSBURGH, et. al.,<br><br>  Defendants. | Case No. 18-cv-03694-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 26 |

This case was reassigned to the undersigned judge on November 28, 2018. On that same day, Magistrate Judge Westmore issued a Report and Recommendation recommending that the Court dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to prosecute this case and failure to comply with the Court's deadlines and orders. No party has filed a response to the Report and Recommendation.

The Court hereby ADOPTS the Report and Recommendation and DISMISSES this case without prejudice for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED**.

Dated: January 7, 2019

SUSAN ILLSTON
United States District Judge