UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LONG, et. al., | Case No. 18-cv-03694-SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY OF PITTSBURGH, et. al., | |
| Defendants. | |

This action was dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 7, 2019

_____
SUSAN ILLSTON
United States District Judge